UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>Petitioner<br><br>v.<br><br>U.S. OFFICE OF SPECIAL COUNSEL,<br><br>Respondent | )<br>)<br>)<br>)<br>) Civil Action No: 07-0443 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
MAR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION REQUESTING COURT TO ISSUE SHOW CAUSE ORDER INSTEAD OF SUMMONSES

When petitioner filed the complaint he did not know if it would be treated as a petition for writ of mandamus or another type of civil action. Therefore, he included the docketing fee of $350.00 and summonses with a reply time of 60 days.

The Court determined to treat the complaint as a petition for writ of mandamus, according to the docket report on the Court's PACER website, but instead of issuing a show cause order, it issued summonses, which the petitioner has not received, as of the mail delivery of March 15, 2007.

Petitioner respectfully requests the Court issue a Show Cause order, giving the respondent 20 days to respond (from when the show cause order is served). Petitioner understands this is a matter of Court discretion, but doing so would be similar to how related, cases were handled (Carson v. Office of Special Counsel,

1

docket nos. 04-315 and 06-1833.)

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>    Petitioner<br><br>v.<br><br>U.S. OFFICE OF SPECIAL COUNSEL,<br><br>    Respondent | )<br>)<br>)<br>)  Civil Action No: 07-0443 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* petitioner filed a petition for writ of mandamus on March 5, 2007.

Accordingly it is hereby

ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the application for a writ of mandamus file with the Court and serve on the petitioner a statement showing why the writ should not issue.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1