UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF )<br>  SPECIAL COUNSEL, )<br>)<br>Respondent. )<br> ) | Civil Action No. 07-0443 (PLF) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* plaintiff filed a petition for a writ of mandamus on March 5, 2007, and a motion requesting the Court to issue a show cause order on March 16, 2007. It is hereby

ORDERED that petitioner's motion requesting the Court to issue a show cause order [4] is GRANTED; and it is

FURTHER ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the application for a writ of mandamus file with the Court and serve on the petitioner a statement showing why the writ of mandamus should not issue.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 2, 2007