UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH P. CARSON,                    )
                                     )
    Petitioner                    )
                                     )    Civil Action No: 07-0443 (PLF)
    v.                            )
OFFICE OF SPECIAL COUNSEL,           )
                                     )
    Respondent                    )
                                     )
                                     )
_____     )

## AFFIDAVIT OF SERVICE OF SHOW CAUSE ORDER

I, Joseph Carson, hereby declare that on the second day of April 2007, I

mailed a copy of the show cause order and complaint, priority certified mail return

receipt requested, to the U.S. Office of Special Counsel, the Attorney General of

the United States, and the US Attorney for the District of Columbia. Attached

hereto is a photocopy of the certified mail receipts and a computer print out

showing confirmation of delivery to the Attorney General on April 6, Office of

Special Counsel on April 4, and the US Attorney for District of Columbia on April

9.

Respectfully,

Joseph Carson
10953 Twin Harbour Drive
Knoxville, TN 37934                    April 10, 2007

1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7006 3450 0000 6587 1237

| | |
|---|---|
| Postage $ | $4.05 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $8.30 |

FARRAGUT POST OFFICE
Postmark Here
APR - 2 2007
04/02/2007
KNOXVILLE TN 37933

Sent To *U.S. Attorney, District of Columbia*
Street, Apt. No.; or PO Box No. *501 Third St. N.W.*
City, State, ZIP+4 *Washington DC (20001)*

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7006 3450 0000 6587 1244

| | |
|---|---|
| Postage $ | $4.05 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $8.30 |

FARRAGUT POST OFFICE
09 APR - 2 2007
Postmark Here
04/02/2007
KNOXVILLE TN 37933

Sent To *U.S. OSC*
Street, Apt. No.; or PO Box No. *1730 M St. N.W. Ste 218*
City, State, ZIP+4 *Washington DC 20036*

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7006 3450 0000 6588 2837

| | |
|---|---|
| Postage $ | $4.05 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $8.30 |

FARRAGUT POST OFFICE
Postmark Here
Apr - 2 2007
04/02/2007
KNOXVILLE TN 37

Sent To *US Attorney General*
Street, Apt. No.; or PO Box No. *950 Pennsylvania Ave. NW*
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

*G Horney General*

### Search Results

Label/Receipt Number: **7006 3450 0000 6588 2837**
Status: **Delivered**

Your item was delivered at 4:45 AM on April 6, 2007 in WASHINGTON, DC 20530.

Additional Details >     Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

*Office of Special Counsel*

### Search Results

Label/Receipt Number: **7006 3450 0000 6587 1244**
Status: **Delivered**

Your item was delivered at 1:48 PM on April 4, 2007 in WASHINGTON, DC 20036.

Additional Details >        Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

*U. S. Attorney, D.C.*

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1237**
Status: **Delivered**

Your item was delivered at 11:18 AM on April 9, 2007 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Go >

_Additional Details >_     _Return to USPS.com Home >_

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy