UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) ) ) |
| v. | ) Civil Action No: 07-0443 (PLF) ) |
| OFFICE OF SPECIAL COUNSEL, | ) ) |
| Respondent | ) ) ) |

**RECEIVED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Joseph Carson, hereby declare that on the 26 day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Office of Special Counsel, the Attorney General of the United States, and the US Attorney for the District of Columbia. Attached hereto are the certified green cards acknowledging service to the U.S. Office of Special Counsel Protection Board and the Attorney General. Also attached in a photocopy of the certified mail receipts and a print out the confirmation that delivery to the US Attorney for the District of Columbia was accomplished on April 2, 2007.

Respectfully,

Joseph Carson
10953 Twin Harbour Drive
Knoxville, TN 37934              April 9, 2007

1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. OSC
1730 M St., N.W.
Ste 218
Washington, D.C.
20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _JAL_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): K. Ly
C. Date of Delivery: 3/28/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 6587 2791

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Connie Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAR 30 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 6587 2807

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $4.05  0933 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.30 |

Postmark: FARRAGUT BR KNOXVILLE TN 37933, MAR 26 2007

7006 3450 0000 6587 2807

Sent To: U.S. Attorney General, OSC
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $4.05  0933 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.30 |

Postmark: FARRAGUT BR KNOXVILLE TN 37933, MAR 26 2007

7006 3450 0000 6588 3612

Sent To: U.S. Attorney, D.C., OSC
Street, Apt. No.; or PO Box No.: 501 Third St, N.W.
City, State, ZIP+4: Washington, D.C. 20001

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $4.05  0933 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.30 |

Postmark: FARRAGUT BR KNOXVILLE TN 37933, MAR 26 2007

7006 3450 0000 6587 2791

Sent To: U.S. OSC
Street, Apt. No.; or PO Box No.: 1730 M St, N.W. Ste 218
City, State, ZIP+4: Washington, DC 20036

PS Form 3800, August 2006    See Reverse for Instructions




Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6588 3612**
Status: **Delivered**

Your item was delivered at 5:05 AM on April 2, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy