UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH P. CARSON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | Civil Action No: 07-0443 (PLF) |
| v. | ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) | **RECEIVED** |
| | ) | |
| Respondent | ) | APR **1 8** 2007 |
| | ) | |
| _____ | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

<u>OPPOSITION TO RESPONDENT'S MOTION TO DISMISS</u>

In opinion of Mr. Carson, the Office of Special Counsel (OSC), has not

engaged his arguments in its motion to dismiss his petition for writ of mandamus.

1.    **Mr. Carson Does Not Seek An Advisory Opinion from the Court**

Mr. Carson seeks the Court, consistent with its duty to "read the pleadings

of a pro se plaintiff liberally and interpret them to `raise the strongest arguments

they suggest,'" See <u>McPherson v. Coombe</u>, 174 F.3d 276, 280 (2nd Cir. 1999),

quoting <u>Burgos v. Hopkins</u> 14 F.3d 787, 790 (2d Cir. 1994), to ascertain if there is

any legal grounds for it to direct the respondent to comply with the law in issuing

public reports.

Respondent, every year since 1989, has claimed to submit an Annual Report

to Congress in accordance with 5 USC 1218 (exhibit 1). Each such claim, in

opinion of Mr. Carson, is a material false statement of fact, and a lie made to

1

Congress contrary to 18 USC 2 and 1001 - not a single one of OSC's Annual Reports contains all the information described as required to be included by 5 USC 1218.

2.    **Respondent has a Duty to Tell the Truth to Congress and the Public.**

As described in Mr. Carson's petition, and OSC's motion to dismiss, OSC is no longer required to submit an Annual Report to Congress per 5 USC 1218. It is now optional, as described in a similar Annual Report of the Merit Systems Protection Board (exhibit 2).

OSC can submit no report to Congress and the Public or it can submit a report containing information of its choosing. But it cannot claim to submit a report per 5 USC 1218 and not do so. It cannot call "black" "white" and claim it has the freedom to do so in a report it makes to Congress and the Public. OSC wrongly claims that Congress has somehow given it the latitude to make any statement, without any regard to truth, while claiming it to be accurate and complete per 5 USC 1218.

OSC has a statutory duty to obey the law. When it claims, as it has, to make reports to Congress per 5 USC 1218, those reports have to comply with 5 USC 1218 in completeness. They also have to be accurate in what they claim. When they are not, as they are not in completeness (and who knows, other than OSC,

2

about accuracy?), petitioner prays this Court has both the legal basis and the will

to direct OSC to tell the truth to Congress and the public.

Respectfully Submitted,

Joseph R. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

## <u>Certificate of Service</u>

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 07-0443:

1.      Opposition to motion to dismiss

was served, via U.S. Mail, on

Representative for OSC:

Judith Kidwell
US Attorney Office for the District of Columbia
Room E4905
555 Fourth St. NW
Washington, DC 20530

_____
Joseph P. Carson

April 16, 2007

4



**U.S. OFFICE OF SPECIAL COUNSEL**
1120 Vermont Avenue, N.W., Suite 1100
Washington, D.C. 20005

Honorable Dan Quayle
President of the Senate
            and
Honorable Thomas S. Foley
Speaker of the House of Representatives

Dear Mr. President and Mr. Speaker:

I respectfully submit the Annual Report to Congress from the Office of Special Counsel (OSC) for Fiscal Year (FY) 1989, in accordance with 5 U.S.C. §1218. A copy of this report will also be sent to each member of Congress.

I believe that this Annual Report records a year of significant accomplishment by the OSC in the protection of federal employees and the merit system from prohibited personnel practices, especially reprisal for whistleblowing; in our enforcement of the Hatch Act; and in the receipt and disposition of employee disclosures of wrongdoing in the federal government. During the year covered by this report, Congress passed and President Bush signed the "Whistleblower Protection Act of 1989" (P.L. 101-12). The Act contained new legal protections, including several proposed by the OSC, in aid of federal whistleblowers. The OSC made an effective transition to operations as an independent agency, with added responsibilities under the Act, and engaged in concerted efforts with other federal agencies to inform employees about their protections under the law. These and other accomplishments described in the accompanying report attest to the continued dedication and professionalism of OSC employees in furtherance of this agency's mission.

I am grateful to be able to assist in carrying out the President's commitment to integrity and efficiency in government. My efforts will continue to be directed to aiding in the attainment of that goal by exercising the full powers of my office to assure the protection of the rights of federal employees, and the integrity of merit system safeguards for those employees.

With respect,

Mary F. Wieseman
Special Counsel

iii



**U.S. OFFICE OF SPECIAL COUNSEL**
1120 Vermont Avenue., N.W., Suite 1100
Washington, D.C. 20005-3561

The Special Counsel

Honorable J. Danforth Quayle
President of the Senate
Washington, D.C. 20510

Honorable Thomas S. Foley
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit the Annual Report to Congress from the Office of Special Counsel (OSC) for Fiscal Year (FY) 1990, in accordance with 5 U.S.C. § 1218. As is customary, a copy of this report will also be sent to each member of Congress.

The period covered by this report is the first full year in which the OSC has operated pursuant to the Whistleblower Protection Act (WPA) of 1989. This has been a year of significant accomplishment in our protection of federal employees and the merit system from prohibited personnel practices; in our interpretation and enforcement of the Hatch Act; and our receipt and disposition of employee disclosures of wrongdoing in the federal government.

During FY 1990, the OSC experienced a 31 percent increase in the number of new matters received as compared to the prior fiscal year. These new matters included a 106 percent increase in the number of allegations received from federal employees that personnel actions had been taken because of their whistleblowing activities. The OSC initiated twice as many field investigations of matters in FY 1990 as in the previous fiscal year, 67 percent of which concerned allegations of whistleblower reprisal. Yet, with minimal increases in staff and budget resources over FY 1989, the OSC initiated and obtained more corrective actions on behalf of federal employees than at any other time in its history, and more than twice as many as in the previous fiscal year. The majority of these corrective actions involved federal employees who had been victimized for making whistleblower disclosures. This record demonstrates effectively the OSC's commitment to investigate vigorously allegations of prohibited personnel practices, especially reprisal for whistleblowing, and to seek corrective and disciplinary actions when appropriate.

Honorable J. Danforth Quayle
Honorable Thomas S. Foley
Page Two

In addition to the fulfillment of its statutory mission, the OSC continued its active program to educate federal employees and managers about prohibited personnel practices, and other matters within the investigative jurisdiction of this agency. This program was originally instituted in FY 1989 to make employees aware of the changes to the Civil Service Reform Act occasioned by the enactment of the WPA. Apart from the goal of ensuring that federal employees are fully aware of their rights and responsibilities, this educational effort is also intended to reduce the incidence of prohibited personnel practices, and other violations, through a greater awareness of the law. The most prominent of these efforts in FY 1990 was my participation, as well as that of OSC senior staff, in 48 programs and conferences throughout the United States, including federal employee union workshops, seminars sponsored by the Office of Personnel Management, programs sponsored by the Merit Systems Protection Board, agency workshops, and speeches to groups having an interest in federal personnel and fraud matters.

I am proud of the accomplishments reflected in this Annual Report, and the dedication of OSC personnel which made these accomplishments possible. You may be assured of my continuing efforts to exercise the full powers of my office to assure the protection of the rights of federal employees, and the integrity of merit system safeguards for those employees.

With respect,

Mary F. Wieseman
Special Counsel



**U.S. OFFICE OF SPECIAL COUNSEL**
1120 Vermont Avenue, N.W., Suite 1100
Washington, D.C. 20005-3561

The Special Counsel

Honorable J. Danforth Quayle
President of the Senate
Washington, D.C. 20510

Honorable Thomas S. Foley
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

     I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 1991. As is customary, a copy of this report will also be sent to each member of Congress.

                    Sincerely,

                    Kathleen Day Koch



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

The Special Counsel

Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C. 20510

Honorable Thomas S. Foley
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I herewith respectfully submit to the Congress, in accordance with 5 U.S.C.
§ 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 1992.
As is customary, a copy of this report will also be sent to each member of Congress.

Sincerely,

Kathleen Day Koch



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

The Special Counsel

The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C. 20510

The Honorable Newt Gingrich
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel (OSC) for Fiscal Year (FY) 1994.

FY 1994 was a record-setting year for OSC with respect to the number of cases in which we were able to negotiate redress for individuals who sought our assistance and the number of enforcement actions filed before the Merit Systems Protection Board. We have also implemented several new procedures which have positively impacted the operations of and results achieved by the agency.

As is customary, a copy of this report will also be sent to each member of Congress.

Sincerely,

Kathleen Day Koch

Enclosure

The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C. 20510

The Honorable Newt Gingrich
Speaker of the House of Representatives
Washington, D.C. 20515


Dear Mr. President and Mr. Speaker:

I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel (OSC) for Fiscal Year (FY) 1995.

FY 1995 was another record-setting year for OSC with respect to the number of cases in which we were able to negotiate redress for individuals who sought our assistance. We have also implemented several new procedures which have positively impacted the operations of and results achieved by the agency.

As is customary, a copy of this report will also be sent to each Member of Congress.


Sincerely,

Kathleen Day Koch


Enclosure

The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C.  20510

The Honorable Newt Gingrich
Speaker of the House of Representatives
Washington, D.C.  20515

Dear Mr. President and Mr. Speaker:

     I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel (OSC) for Fiscal Year (FY) 1996.  As is customary, a copy of this report will also be sent to each Member of Congress.

                    Sincerely,

                    Kathleen Day Koch

Enclosure



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

The Special Counsel


The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C.  20510

The Honorable Newt Gingrich
Speaker of the House of Representatives
Washington, D.C.  20515


Dear Mr. President and Mr. Speaker:

    I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 1997.  As is customary, a copy of this report will also be sent to each Member of Congress.

                    Sincerely,

                    William E. Reukauf
                    Acting Special Counsel


Enclosure

**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505



**The Special Counsel**

The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I herewith respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 1998. As is customary, a copy of this report will also be sent to each Member of Congress, along with copies of our recently updated brochure "The Role of the Office of Special Counsel," which should be of assistance to Members and their staffs.

Sincerely,

*Elaine Kaplan*

Elaine Kaplan

Enclosures

**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505



**The Special Counsel**

The Honorable Albert Gore, Jr.
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 1999. As is customary, a copy of this report will also be sent to each Member of Congress.

Sincerely,

Elaine Kaplan

Enclosures

**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 201
Washington, D.C. 20036-4505



**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 2000. As is customary, a copy of this report will also be sent to each Member of Congress.

Sincerely,


Elaine Kaplan

Enclosures

**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505



**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the Office of Special Counsel for Fiscal Year 2001. As is customary, a copy of this report will also be sent to each Member of Congress.

Sincerely,

Elaine Kaplan

Enclosures

**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 201
Washington, D.C. 20036-4505



**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit to the Congress, in accordance with 5 U.S.C. § 1218, the Annual Report from the U.S. Office of Special Counsel for Fiscal Year 2002. As is customary, a copy of this report will also be sent to each Member of Congress.

Sincerely,

Elaine Kaplan

Enclosure



**U.S. Office of Special Counsel**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505

The Special Counsel



June 2004

The Honorable Richard B. Cheney
President of the Senate
Washington, DC 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, DC 20515

Dear Mr. President and Mr. Speaker:

     I respectfully submit, in accordance with 5 U.S.C. § 1218, Fiscal Year 2003 Report to Congress from the U.S. Office of Special Counsel, the last full year of operations under the previous Special Counsel. A copy of this report will also be sent to each Member of Congress.

                Sincerely,

                Scott J. Bloch

Enclosure



**U.S. Office of Special Counsel**
**1730 M Street, N.W., Suite 218**
**Washington, D.C. 20036-4505**

**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, D.C. 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit in accordance with 5 U.S.C. § 1218, Fiscal Year 2004 Report to Congress from the U.S. Office of Special Counsel. A copy of this report will also be sent to each Member of Congress.



**U.S. Office of Special Counsel**

1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505

**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, DC 20510

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
Washington, DC 20515

Dear Mr. President and Mr. Speaker:

I respectfully submit, in accordance with 5 U.S.C. § 1218, Fiscal Year 2005 Report to Congress from the U.S. Office of Special Counsel. A copy of this report will also be sent to each Member of Congress.

Sincerely,

Scott J. Bloch

Enclosure

could be expected to arise in appeals filed by TSA employees regarding the extent of the Board's jurisdiction over the employee filing the appeal and the precise personnel rules that applied at the time the personnel action was taken. Fewer than a dozen appeals from TSA employees were received in the MSPB regional and field offices during the first year of TSA operations, and only one initial decision in a TSA appeal had reached the Board for review by January 2003.

The new Department of Homeland Security (DHS) was created by the Homeland Security Act, enacted as Public Law No. 107-296 on November 25, 2002, less than two months after the end of fiscal year covered by this report. The Act provides unprecedented authority for the Secretary of Homeland Security, in conjunction with the Director of the Office of Personnel Management (OPM), to prescribe personnel rules for DHS employees. It permits the waiver of many provisions of the Title 5 civil service system, including provisions that authorize appeals of various personnel actions to the Board. The Act requires the Secretary of Homeland Security and the OPM Director to consult with the Board, prior to issuing regulations for the DHS personnel system, regarding the extent to which the Title 5 provisions governing appeals to the Board should be applied to DHS employees. In carrying out its required consultative role, the Board's principal concern will be to ensure that DHS employees are afforded adequate due process with respect to adverse personnel actions. The Board's experience in dealing with employee appeals over the years should provide a valuable perspective as the Secretary and the Director develop the regulations for a human resources management system, including procedures for appeals, that address the unique requirements of this new department.

The MSPB Annual Report is no longer required by statute but is published as a service to the Board's customers. (The statutory requirement for an annual report was "sunset" by the Federal Reports Elimination and Sunset Act, Public Law 104-66, as amended by Public Law 106-113.) The Annual Report is intended to be a companion to the annual Performance Report required by the Government Performance and Results Act. The FY 2002 Performance Report was issued on February 27, 2003, and contains additional information regarding the Board's achievements in FY 2002.

*page 9 of 2002 MSPB Annual Report*

*Exh. 2*