UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>　　Petitioner<br><br>v.<br><br>U.S. OFFICE OF SPECIAL COUNSEL,<br><br>　　Respondent | )<br>)<br>)<br>) Civil Action No: 07-0443 (PLF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF INTEREST IN THE COURT'S MEDIATION PROGRAM

While petitioner will continue to be pro se for purposes of filing briefs, he has retained a DC area attorney, David Nolan, in the hope that Court-facilitated mediation can lead to a resolution of the pending/planned litigation involving Department of Energy, Office of Special Counsel, and Merit Systems Protection Board. Mr. Nolan will represent him in such mediation efforts.

He spoke with the Director of the Court's mediation program and was advised to notify the Court of his interest in Court-facilitated mediation.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

**RECEIVED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 07-0443:

1.   Notice of interest in Court's mediation program.

was served, via U.S. Mail, on

Representative for OSC:

Judith Kidwell
US Attorney Office
Room E4905
555 Fourth St., NW
Washington, DC 20530

Other:

Sherease Louis
US Attorneys Office
Room 4821
555 Fourth St, NW
Washington, DC 20530

Andrea McBarnette
US Attorneys Office
Room 10-108
555 Fourth St, NW
Washington, DC 20530

_____
Joseph P. Carson

April 16, 2007