UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>Petitioner<br><br>v.<br><br>U.S. OFFICE OF SPECIAL COUNSEL,<br><br>Respondent | )<br>)<br>)<br>)  Civil Action No: 07-0443 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO SUPPLEMENT THE RELIEF REQUESTED, BASED ON NEW EVIDENCE

Sometime in the past month, OSC issued its Annual Report to Congress for FY 2006. The cover letter to the report is attached as exhibit 1, which states the report complies with the requirements of 5 USC 1218.

The petitioner has reviewed the report, it does not comply with the requirements of 5 USC 1218, its non-compliance is similar to that of other recent OSC Annual Reports to Congress. Therefore, petitioner respectfully motions to supplement the relief requested to include the Court directing correction to OSC's FY 2006 Annual Report to Congress.

Respectfully Submitted,

Joseph Carson, PE
10953 Twin Harbour Drive
Knoxville, TN, 37934  865-300-5831

1

 **U.S. Office of Special Counsel**

1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505

**The Special Counsel**

The Honorable Richard B. Cheney
President of the Senate
Washington, DC 20510

The Honorable Nancy Pelosi
Speaker of the House of Representatives
Washington, DC 20515

Dear Mr. President and Mr. Speaker:

    I respectfully submit, in accordance with 5 U.S.C. § 1218, Fiscal Year 2006 Report to Congress from the U.S. Office of Special Counsel. A copy of this report will also be sent to each Member of Congress.

Sincerely,

Scott J. Bloch

Enclosure

*Exhibit 1*

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 07-0443:

1.  Motion for leave to supplement relief, based on new evidence, with attachments

was served, via U.S. Mail, on

Representative for OSC:

Judith Kidwell
US Attorney Office for the District of Columbia
Room E4905
555 Fourth St., NW
Washington, DC 20530

_____
Joseph P. Carson

July 17, 2007