UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:07-0443 (PLF) |
| ) | ECF |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Judith A. Kidwell.

Dated: September 24, 2007                Respectfully submitted,


                                         /s/
                                         JUDITH A. KIDWELL

                                         /s/
                                         BLANCHE L. BRUCE
                                         D.C. Bar No. 960245
                                         Assistant United States Attorney
                                         555 Fourth St., N.W.
                                         Washington, D.C. 20530
                                         (202) 307-6078