UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0443 (PLF) |
| ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
| ) | |
| Respondent. ) | |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that respondent's motion to dismiss the petition [6] is GRANTED; and it is

FURTHER ORDERED that the petition is DISMISSED. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2008